IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00601-AP

TINA L. NUTTING,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall | TROY A. EID |
| 730 N. Weber, #101 | United States Attorney |
| Colorado Springs, CO 80903 | KEVIN TRASKOS |
| 719-633-5211 | Deputy Chief, Civil Division |
| newallfrederickw@qwest.net | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Debra J. Meachum |
| | Special Assistant United States Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 |
| | (303) 844-0770 (facsimile) |
| | debra.meachum@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed:  03/24/08
    B.  Date Complaint Was Served on U.S. Attorney's Office:  4/8/08
    C. Date Answer and Administrative Record Were Filed: 6/6/08

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**  To the best of her knowledge, the record is complete.  However, Plaintiff reserves the right to supplement the record if necessary at the time of the opening brief.

**Defendant states**:  To the best of his knowledge, the record is complete.  Defendant does not object to Plaintiff submitting additional evidence with the opening brief, but he will not agree to supplement the certified record with any evidence that was not before the Administrative Law Judge or the Appeals Council.  Defendant reserves the right to address, in his response brief, any additional evidence Plaintiff submits with her opening brief.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.  As set forth above, however, Defendant reserves the right to address, in his response brief, any additional evidence Plaintiff submits with her opening brief.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7.    OTHER MATTERS**

There are no other matters

**8. BRIEFING SCHEDULE** For the following reasons, Defendant's attorney requests that the response brief be due more than 30 days after Plaintiff files her opening brief: August and September workload (one hearing, five depositions and other discovery due before September 16th, eight briefs, longstanding travel and training plans, and other duties arising in the regular course of business). Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A. **Plaintiffs Opening Brief Due:**     7-31-08
    B. **Defendant's Response Brief Due:**     9-26-08
    C. **Plaintiffs Reply Brief (If Any) Due:** 10-14-08

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B. **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 26TH day of June, 2008.

                               BY THE COURT:

                               *S/John L. Kane*
                               U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Frederick W. Newall 6-26-08

Frederick W. Newall
730 N. Weber, #101
Colorado Springs, CO 80903
719-633-5211
newallfrederickw@qwest.net

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum 6-26-08
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov