IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-601-AP**

**TINA NUTTING,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Unopposed Motion to Consolidate Cases (doc. #9), shall be treated as a motion to assign a case directly to a judge, and as such is GRANTED. Due to docketing and other concerns, the court does not find it appropriate to consolidate these cases into the lower numbered, closed case. Upon completion of briefing, this case shall be assigned to Judge Walker Miller, who presided over case number 05-cv-876-WDM. The parties are advised, however, that Judge Miller is now a senior judge, and as such may choose to exercise his prerogative to decline assignment of this case.

Dated this 27th day of June, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court